**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Pharmacists Mutual Insurance Company, | Civil No. 06-3979 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Verne Betlach, RPH, FIACP, d/b/a Custom Rx Compounding and Natural Pharmacy, et al., | |
| Defendants. | |

---

Pursuant to the Stipulation submitted by the parties, it is hereby **ORDERED** that Defendant Washington D.C. Veterans Administration Medical Center is hereby voluntarily **DISMISSED.**

Dated: February 1, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge