UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Pharmacists Mutual Insurance Company, | Civil No. 06-3979 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Verne Betlach, RPH, FIACP, d/b/a Custom Rx Compounding and Natural Pharmacy; Verne Betlach; Harry C. Banks; James Royster; Clarence Vaughns; and John Does 1-5; | |
| Defendants. | |

---

Based upon the Stipulation of the parties (Doc. No. 22) filed on February 20, 2007,

**IT IS HEREBY ORDERED** that all claims by and between Plaintiff Pharmacists Mutual Insurance Company and Defendants Verne Betlach, RPH, FIACP, d/b/a Custom Rx Compounding and Natural Pharmacy; Verne Betlach; and James Royster are **DISMISSED WITHOUT PREJUDICE** and without costs, disbursements, or attorney's fees to any party.

Dated: February 20, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge